[61 NE3d 506, 39 NYS3d 107]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BOOKMAN, Appellant.

Decided September 13, 2016

**APPEARANCES OF COUNSEL**

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Paul S. Laisure* and *Barry Stendig* of counsel), for appellant.

*Richard A. Brown, District Attorney*, Kew Gardens (*Antara D. Kanth* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. The lower courts' determinations on the suppression motion, which involve mixed questions of law and fact, have support in the record and, thus, are beyond our further review.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.